UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARIA ANNIKA SMITH,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No. 3:18-cv-388-J-39MCR

CITY OF JACKSONVILLE BEACH, D. COPPOLA, Officer, and R. BLALOCK, Officer,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No. 62; Stipulation) filed on August 18, 2020. In the Stipulation, Plaintiff and Defendant Officer D. Coppola indicate their agreement to dismissal with prejudice of the claims raised in this action against Defendant Officer D. Coppola. See Stipulation at 1. Accordingly, it is hereby

**ORDERED**:

1. Plaintiff's case as to Defendant Officer D. Coppola is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 28th day of August, 2020.

*[signature]*

BRIAN J. DAVIS
United States District Judge

cs

Copies to:

Counsel of Record